Rose C. Mitchell v. William Manning Barr.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rose C. Mitchell v. William Manning Barr.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: Balder Radio Corporation v. Albert A. Kastner.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

William W. Brainard and Another v. Union Smoked Fish Co., Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Pauline Kallman Oxenham v. Alfred Julian Oxenham.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Philip K. Houston v. James Bliss Coombs.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of Benjamin Fenster, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Harry A. Vogelstein, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Harry Rosenbaum, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rosalinda Morini, Appellant, v. Otto H. Kahn, Respondent.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days from service of order upon payment of said costs, upon the ground that the article complained of is libelous per se. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Morris Weinstock, Respondent, v. Philip Rothman, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $100.06, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Louis Wender, Respondent, v. Edward L. Rossiter, Defendant, Impleaded with Max Tanenbaum, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rose Wender and Louis Wender, Respondents, v. Edward L. Rossiter, Defendant, Impleaded with Max Tanenbaum, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The Travelers Insurance Company, Respondent, v. Edward A. Thompson, Inc., and Others, Appellants. (Action A.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The Travelers Insurance Company, Respondent, v. Edward A. Thompson,

INC., and Others, Appellants. (Action B.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TRAVELERS INDEMNITY COMPANY, Respondent, v. EDWARD A. THOMPSON, INC., and Others, Appellants. (Action C.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LUCRECIA SANCHEZ, as Administratrix (Impleaded with GABRIEL VALENCIA, as Administrator) of the Estate of EDUARDO SANCHEZ, Deceased, Appellant, v. GUARDIAN TAXI CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL RABINOWITZ, Doing Business, etc., Respondent, v. HILDEGARDE REALTY Co., INC., and HILBERT L. BAIR, Appellants, and JOSEPH GROSSGOLD, Respondent, Impleaded with Others.— Judgments affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY SANDERSON, Respondent, v. JAY COOKE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN J. HOLMER, Respondent, v. ELIZABETH HOLMER, Appellant.* (Action No. 1.) ELIZABETH HOLMER, Appellant, v. JOHN J. HOLMER, Respondent.* (Action No. 2.) — Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CAPITOL NATIONAL BANK AND TRUST COMPANY, Respondent, v. HILVALE COSTUME Co., INC., and Others, Defendants, Impleaded with THE BODENMANN MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM CIACCIA, an Infant, by His Guardian ad Litem, LOUIS CIACCIA, Respondent, v. ABRAHAM HOROWITZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK LUTZ, Appellant, v. NEWS SYNDICATE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of FORT LEE FERRY GARAGE Co., INC., Appellant, for a Certiorari Order against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VINCENZO TODERO, Appellant, v. OTIS ELEVATOR COMPANY, a Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GERTRUDE MCNALLY LEOPOLD, Appellant, v. JOSEPH WALTER LEOPOLD, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELI LE VAO, Doing Business, etc., Respondent, v. SARAH ELIZABETH TALBOT, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of CHARLES WOLFF, Deceased.— Decree affirmed, with costs to

* Revd., 253 N. Y. 498.